BEFORE THE FIRST DIVISION, MAY 31, 1945

No. 50225.—Protests 63082–K, etc., of International General Electric Co., Inc., et al. (New York).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 31, 1945

No. 50226.—Protests 526527–G, etc., of Adler & Rosenberg, Inc., et al. (New York).

Opinion by TILSON, J. · Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 31, 1945

No. 50227.—Protests 68397–K, etc., of Armour Leather Co. et al. (New York).

Opinion by KEEFE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50228.—Protests 88462–K, etc., of Lynx Corp. et al. (New York).

Opinion by EKWALL, J.  In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.  (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)  In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.  The protests were sustained to this extent.